GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elisse_Larouche@fd.org

Counsel for Defendant Alvizar-Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 19-362 JD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| ROBERTO ALVIZAR-GOMEZ, | |
| Defendant. | |

The above referenced case is set for a revocation of supervised release hearing on August 30, 2021. This case was recently transferred to defense counsel, and she has a conflict on that date. Therefore, the parties jointly request to continue the matter to September 27, 2021, at 10:30 a.m.

\\

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| August 24, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California<br><br>_____/S_____<br>MARI OVERBECK<br>Assistant United States Attorney |
| August 24, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

Dated:
August 26, 2021

THE HONORABLE JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND ORDER