GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:           Elisse_Larouche@fd.org

Counsel for Defendant Alvizar-Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 19-362 JD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| ROBERTO ALVIZAR-GOMEZ, | |
| Defendant. | |

The above referenced case is set for a revocation of supervised release hearing on September 27, 2021. Mr. Alvizar-Gomez wants to and is ready to enter a treatment program, and has been working with U.S. Probation to do so. However, Probation is in the process of switching their contract service provider, and the new contract does not begin until October 1, 2021. To avoid Mr. Alvizar-Gomez changing treatment providers in a short time period, defense counsel and Probation agree that Mr. Alvizar-Gomez shall begin treatment as soon as possible after the new treatment provider contract is in place. The government has no objection.

Therefore, the parties agree that the matter be continued approximately 30 days, to October 25, 2021 at 10:30 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| September 13, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>MARI OVERBECK<br>Assistant United States Attorney |
| September 13, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_September 15, 2021
   Dated

JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER     2