JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  Elisse_Larouche@fd.org

Counsel for Defendant Alvizar-Gomez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERTO ALVIZAR-GOMEZ,<br><br>    Defendant. | **Case No.:** CR 19-362 JD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The above referenced case is set for a status on supervised release on August 8, 2022. Supervision has been transferred to the Eastern District of California, but jurisdiction shall remain here. To allow Mr. Alvizar-Gomez time to transition to the Eastern District and for the parties to confer on a resolution of the pending Form 12 allegations, the parties agree that the matter be continued to October 24, 2022 at 10:30 a.m.

\\

\\

\\

STIPULATION TO CONTINUE HEARING, AND [PROPOSED] ORDER

IT IS SO STIPULATED.

| | |
|---|---|
| August 4, 2022<br>Dated | STEPHANIE HINDS<br>United States Attorney<br>Northern District of California |
| | /S<br>―――――――――――――――<br>JOSEPH TARTAKOVSKY<br>Assistant United States Attorney |
| August 4, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>―――――――――――――――<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_August 5, 2022
Dated

JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER    2